ACCEPTED
04-14-00742-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/7/2015 12:33:08 PM
KEITH HOTTLE
CLERK

## NANCY B. BAROHN
### ATTORNEY AT LAW

NANCY B. BAROHN
CERTIFIED SPECIALIST
CRIMINAL LAW
TEXAS BOARD OF
LEGAL SPECIALIZATION

1202 SOUTH ALAMO STREET
SAN ANTONIO, TEXAS 78210-1114

AREA CODE 210
TELEPHONE 226-4263

July 7, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/7/2015 12:33:08 PM

KEITH E. HOTTLE
Clerk

Fourth Court of Appeals
Office of the Clerk
Bexar County Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Attention: Mr. Jonathan Quintero

RE: *Andres Solis Vielma v. State of Texas*,
Appeal No. 04-14-00742-CR.

Dear Mr. Quintero:

Last week, I received a letter from Mr. Andres Vielma. I filed an *Anders* brief for Mr. Vielma, and he has advised the Court that he wishes to file his own, *pro se* brief.

Mr. Vielma would like an extension of time to prepare his brief, and has asked me to make this request to the Court in his behalf.

I have attached Mr. Vielma's letter to me in support of his request for additional time. If there is anything further I need do in this respect, please let me know.

Thank you for your kind assistance in this matter.

Sincerely,

NANCY B. BAROHN

Attach.
NBB:hs
xc: Mr. Andres Vielma

# ATTACHMENT:

## Letter From Mr. Andres Solis Vielma

Ms. Nancy B. Barohn,                                           6-28-15

      I Andres Vielma was not able to file a pro-se brief By the due date of June 5th 2015. The reason this wasn't able to be completed was due to the fact that the Law Library here in the Garza West unit is not consitant with the help information, materials I need to pursue my pro-se brief. I have tried to request another transfer to a different facility with an adequate Law Library that can help me in this matter. But I have not been granted a transfer to another facility that would be of better help to me. Ms. Barohn, if possible can you please send me an update, if any on that state of my case or appeal. There is only so much I can do from the Garza West transfer facility & I don't have much help. So any information you can provide me will be greatly appreciated. Also, if I can maybe be able to get an extention on that pro-se brief since I cant get what I need for it here in this unit, it'll be very helpful. Thank you for your time & understanding.

                 Sincerly,
           Andres Solis Vielma

